UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-CR-38-2F(2)

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| VS. | ) | ORDER |
| | ) | |
| MARCUS GEROME HYDE | ) | |

THIS MATTER COMING before the Court on the Defendant's motion to seal the Defendant's motion for variance, the Court finds that good cause exists to allow the motion, and therefore, the Defendant's motion is ALLOWED.

SO ORDERED.

This 10th day of November, 2011.

_____
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE